
Employment & Labor Law Solutions Worldwide™

Littler Mendelson, PC
900 Third Avenue
New York, NY  10022.3298

Paul R. Piccigallo
212.497.6842 direct
212.583.9600 main
631.794.2671 fax
ppiccigallo@littler.com

November 30, 2018

**VIA ECF**

Magistrate Judge Steven L. Tiscione
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   ***Rivera et al. v. Tu Casa #2 Restaurant Corp. et al.***
      **U.S. District Court, EDNY 17-Civ-07518-RRM-ST**

Dear Magistrate Judge Tiscione:

This law firm represents Defendants Tu Casa #2 Restaurant Corp. d/b/a Tu Casa Restaurant, William Alba Sr. and William Alba Jr. (collectively, the "Defendants") in the above-referenced action.  We write, jointly with counsel for Plaintiffs, to inform the Court that the parties continue to work to schedule a global mediation session to potentially resolve the claims asserted by Plaintiffs in the instant action, in addition to the claims asserted by Plaintiff Laura Bolivar Alzate in the action titled *Alzate v. Tu Casa #2 Restaurant Corp., et al.* (E.D.N.Y. No. 1:18-CV-03926-RRM-ST) (the "Alzate lawsuit") and the claims alleged by Plaintiff Alba Rivera in a New York State Division of Human Rights proceeding.

Counsel for the parties in the instant matter have agreed to utilize the Eastern District of New York's mediation program, and have discussed potential mediators to oversee the global mediation session.  Upon approval from Defendants' counsel in the Alzate lawsuit, the parties expect to inform the Court shortly of their desire to refer these matters to the Eastern District of New York's mediation program for the scheduling of a global mediation session.

Respectfully submitted,

Littler Mendelson, P.C.

*/s/ Paul R. Piccigallo*

Paul R. Piccigallo

cc:   Joshua S. Androphy, Esq. (Counsel for Plaintiffs)

littler.com